UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK NOLET, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 15-11499-FDS |
| DR. CATHARINA ARMSTRONG, et al., ) | |
| Defendants. ) | |

## ORDER REFERRING CASE FOR MEDICAL MALPRACTICE TRIBUNAL

**SAYLOR, J.**

The motions of defendants Thomas Groblewski, Paul Caratazzola, Shawna Nasuti, Linda Roza, and James Petros, M.D, to transfer this action to the Suffolk Superior Court for a medical malpractice tribunal are granted. This matter is hereby referred to the Massachusetts Superior Court Department of the Trial Court for the limited purpose of conducting a medical malpractice tribunal pursuant to Mass. Gen. Laws ch. 231, § 60B.

The defendant is hereby directed to take immediate action to ensure that the medical malpractice tribunal is scheduled as promptly as possible. The clerk is directed to transfer the record in this court to the Superior Court.

Upon completion of all proceedings before the medical malpractice tribunal, the parties shall file a status report with this Court with proposals for further proceedings in this case.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: December 7, 2017         United States District Judge